USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>10/11/2023</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAYLAH BUCKNER, individually and on behalf of all others similarly situated,

-against-

ADOREME, INC.,

               Defendant.

23 Civ. 7337 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 2, 2023, Defendant Adoreme, Inc. moved the Court to compel arbitration and dismiss this action. ECF No. 11. Accordingly:

1. By **November 1, 2023**, Plaintiff shall file her opposition papers; and
2. By **November 15, 2023**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: October 12, 2023
        New York, New York

ANALISA TORRES
United States District Judge