USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2023_

December 12, 2023

**Via CM/ECFO**
Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Bucker v. Adoreme, Inc.*, Case No. 1:23-cv-7337-AT

Dear Judge Torres:

    On behalf of Plaintiff, we write to respectfully request a two-week stay of this action. The parties are presently engaged in discussing resolution of this case but require additional time. Plaintiff submits that the requested stay will permit the parties to focus on resolution and conserve judicial and party resources.

    Accordingly, Plaintiff requests a brief stay and will promptly notify the Court if a settlement is reached.

    Sincerely,

    Rachel Dapeer, Esq.

---

DENIED. By **January 8, 2024**, Plaintiff shall shall voluntarily dismiss the case or write the Court, indicating her intention with regard to prosecuting this action.

SO ORDERED.

Date: December 13, 2023
      New York, New York

                    ANALISA TORRES
               United States District Judge