UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAYLAH BUCKNER, individually and on behalf of all others similarly situated,

-against-

ADOREME, INC.,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2024
```

23 Civ. 7337 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 8, 2024, the parties filed a stipulation of voluntary dismissal. ECF No. 23. The Clerk of Court found the filing deficient as all parties to a stipulation—other than the filing party—must sign the stipulation with a "scanned *ink* signature." Here, as Plaintiff filed the stipulation, a scanned ink signature is required from at least Defendant.

    Accordingly, by **January 30, 2024**, the parties shall refile the stipulation in accordance with this order.

    SO ORDERED.

Dated: January 23, 2024
       New York, New York

                                                ANALISA TORRES
                                           United States District Judge