```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KAYLAH BUCKNER, individually and on behalf of all others similarly situated,

                          Plaintiff,

-against-

ADOREME, INC.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2024

23 Civ. 7337 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 8, 2024, the parties filed a stipulation of voluntary dismissal. ECF No. 23. The Clerk of Court found the filing deficient as all parties to a stipulation—other than the filing party—must sign the stipulation with a "scanned *ink* signature." Here, as Plaintiff filed the stipulation, a scanned ink signature is required from at least Defendant.

    As such, on January 23, 2024, the Court directed the parties to refile their stipulation by January 30, 2024. ECF No. 24. The parties, however, failed to do so. Accordingly, by **February 14, 2024**, the parties shall refile their stipulation in accordance with this order.

    SO ORDERED.

Dated: January 31, 2024
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge